UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-81036-CIV-RYSKAMP/VITUNAC

MARRERO ENTERPRISES OF
PALM BEACH, INC., a
Florida Corporation,

    Plaintiff,

v.

ESTEFAN ENTERPRISES, INC., a
Florida Corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STRIKE PORTIONS OF NOTICE OF PENDENCY OF RELATED PROCEEDING

THIS CAUSE comes before the Court pursuant to Plaintiff's Motion to Strike Portions of Defendant's Notice of Pendency of Related Proceeding, filed August 21, 2007 **[DE 42]**. Defendant responded on August 24, 2007 **[DE 44]**. Plaintiff replied on August 31, 2007 **[DE 45]**. This motion is ripe for adjudication.

On August 3, 2007, Defendant filed a Notice of Pendency of Related Proceeding. The Notice of Pendency brought to the Court's attention an action pending in United States Patent and Trademark Office before the Trademark Trial and Appeal Board of Opposition No. 91121980, and Cancellation No. 92042251, styled <u>Estefan Enterprises, Inc., Petitioner/Opposer v. Bongo, S.A. de C.V. and Roberto Noble, Registrants/Applicants</u>.

Local Rule 3.8 provides that such notices should contain "a list and description [of the related action] sufficient for identification." Defendant's Notice contains extensive information about the action before the Trademark Trial and Appeal Board that far exceeds the narrow scope

2

of Local Rule 3.8.  The Notice informs the Court that Marrero assigned any rights he had in the mark in question to Roberto Noble, a resident of Mexico, and is now continuing to use that mark under a license agreement from Noble.  If Defendant believes that the license agreement somehow impacts the merits of this action, it should file the appropriate motion for relief rather than make legal arguments in a ministerial Notice of Pendency.  Accordingly, it is hereby

ORDER AND ADJUDGED that the motion is GRANTED.  All portions of the Notice of Pendency, other than the citations to the actions therein listed, are STRICKEN from the record in this matter.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 9th day of October, 2007.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE